# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 11, 2015

## NO. 03-13-00539-CV

**Robert E. Tesch, Appellant**

**v.**

**Equity Secured Capital, L.P., Appellee**

**APPEAL FROM 419TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE AND JUSTICE PEMBERTON;
FORMER CHIEF JUSTICE JONES NOT PARTICIPATING
AFFIRMED -- OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the judgment signed by the district court on May 22, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's judgment. Therefore, the Court affirms the district court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.